# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Bankruptcy Case No. 15-11874 (KG) |
| HAGGEN HOLDINGS, LLC, et al., | : | BAP No. 15-78 |
| Debtors. | : | |
| ANTONE CORP., | : | |
| Appellant, | : | |
| v. | : | C. A. No. 15-1136-GMS |
| HAGGEN HOLDINGS, LLC, | : | |
| Appellees. | : | |

## **RECOMMENDATION**

At Wilmington this **20th** day of **January , 2015**.

WHEREAS, pursuant to paragraph 2(a) of the Procedures to Govern Mediation of Appeals from the United States Bankruptcy Court for this District dated September 11, 2012, the court conducted an initial review, which included information from counsel, to determine the appropriateness of mediation in this matter;

WHEREAS, as a result of the above screening process, I find the issues involved in this case are amenable to mediation and warrant proceeding through the mediation process.  Both parties are willing to participate in mediation.  I recommend this matter be referred to the mediation panel.

THEREFORE, IT IS RECOMMENDED that, pursuant to paragraph 2(b) Procedures to Govern Mediation of Appeals from the United States Bankruptcy Court

for this District and 28 U.S.C. § 636(b), this matter be referred to the mediation panel, with notification to the Clerk's Office.

        Local counsel are obligated to inform out-of-state counsel of this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE